**Order entered July 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00447-CV

**COMPASS BANK, IMPROPERLY NAMED AS BBVA COMPASS BANCSHARES, INC. D/B/A COMPASS BANK, Appellant**

**V.**

**WALTER THORSON, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-16-02814-A**

## ORDER

Before the Court is the parties' June 28, 2019 joint motion for extension of time to file appellant's brief. The parties explain they have agreed to attend mediation and request the deadline to file appellant's brief be extended to September 30, 2019.

We **GRANT** the motion to the extent we **ORDER** either appellant's brief or a motion to dismiss the appeal be filed no later than September 30, 2019.

/s/    KEN MOLBERG
        JUSTICE